**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Co-Lead Counsel for Movants and the Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN LAWLESS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA CANNABIS INC., MICHAEL SINGER, AND GLEN IBBOTT,<br><br>Defendants. | No.: 1:20-cv-13819-RMB-KMW<br><br>**NOTICE OF MOTION OF ANTHONY WEILAND, STEVEN H. DUNKLEBERGER, AND PIERGIORGIO PIGA TO: (1) APPOINT CO-LEAD PLAINTIFFS; AND (2) APPROVE CO-LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: January 4, 2021** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movants Anthony Weiland, Steven H. Dunkleberger, and Piergiorgio Piga ("Movants"), hereby move the Honorable Renée Marie Bumb, United States District Judge, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Courtroom 3D, Camden, NJ 08101, appointing Movants to serve as Co-Lead Plaintiffs in this action and approving their selection of The Rosen Law Firm, P.A. and Pomerantz LLP as Co-Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) the Declaration of Laurence M. Rosen dated December 1, 2020 (with exhibits); (2) Memorandum of Law in support of Motion dated December 1, 2020; and (3) a [Proposed] Order.

Dated: December 1, 2020    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen LR-5733
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(pro hac vice application pending)
J. Alexander Hood II
(pro hac vice application pending)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

Patrick V. Dahlstrom
(pro hac vice application forthcoming)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*[Proposed] Co-Lead Counsel for Movants and the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(pro hac vice application forthcoming)
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com

*Additional Counsel for Movants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of December 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                /s/ Laurence M. Rosen