ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendants
   Aurora Cannabis, Inc., Michael Singer, and Glen Ibbott

BY:   KERRI E. CHEWNING, ESQUIRE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN LAWLESS,<br><br>               Plaintiff,<br><br>v.<br><br>AURORA CANNABIS, INC.,<br>MICHAEL SINGER, and<br>GLEN IBBOTT,<br><br>               Defendants. | Civil Action No.: 20-13819(RMB)<br><br><br><br>ELECTRONICALLY FILED |

### NOTICE OF DEFENDANTS' CONSENTED TO MOTION
### FOR THE ADMISSION PRO HAC VICE OF
### HOWARD SUSKIN, ESQUIRE, STEPHEN ASCHER, ESQUIRE,
### AND LOGAN GOWDEY, ESQUIRE

Please take notice that on January 4, 2021 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Aurora Cannabis, Inc., Michael Singer, and Glen Ibbott, by and through their attorneys, shall move before this Court for the admission Pro Hac Vice of Howard Suskin, Esquire, Stephen Ascher, Esquire, and Logan Gowdey, Esquire.

In support of this Motion, Defendants rely upon the Certification of Kerri E. Chewning, Esquire and the individual Certifications of Howard Suskin, Esquire, Stephen Ascher, Esquire,

and Logan Gowdey, Esquire.  A proposed form of order and Certificate of Service are also enclosed.

Please note that counsel for Plaintiff consents to this motion.

Because there is no need for legal argument, no brief is necessary in support of this Motion.

ARCHER & GREINER<br>
A Professional Corporation<br><br>
Attorneys for Defendants<br>
   Aurora Cannabis, Inc., Michael Singer,<br>
   and Glen Ibbott,<br><br>
By: _____<br>
   Kerri E. Chewning, Esquire

Dated:  December 2, 2020.
219857468v1