ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendants
   Aurora Cannabis, Inc., Michael Singer, and Glen Ibbott

BY:   KERRI E. CHEWNING, ESQUIRE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN LAWLESS,<br><br>                    Plaintiff,<br><br>       v.<br><br>AURORA CANNABIS, INC.,<br>MICHAEL SINGER, and<br>GLEN IBBOTT,<br><br>                    Defendants. | Civil Action No.: 20-13819(RMB)<br><br><br><br><br>ELECTRONICALLY FILED |

## CERTIFICATION OF HOWARD S. SUSKIN

I, Howard S. Suskin, hereby certify as follows:

I am an attorney with the law firm of Jenner & Block, LLP, co-counsel for Defendants Aurora Cannabis, Inc., Michael Singer, and Glen Ibbott ("Defendants"). I make this Certification in support of my application for admission *pro hac vice* pursuant to L. Civ. R. 101.1(c)(1).

1.     I hereby certify that I am admitted and a member in good standing in the following jurisdictions:

| Jurisdiction | Year | Contact Information |
|:---:|:---:|:---:|
| Illinois<br>(Bar No. 6185999) | 1983 | Attorney Registration and Disciplinary Commission<br>3161 West White Oaks Drive<br>Springfield, IL 62704 |

| | | |
|---|---|---|
| United States Supreme Court | 2010 | Clerk, Supreme Court of the U. S. ATTN: Admissions Office One First Street, NE Washington, DC 20543 |
| United States Court of Appeals for the Third Circuit | 2017 | United States Court of Appeals for the Third Circuit 21400 United States Courthouse 601 Market Street Philadelphia, PA 19106 |
| United States Court of Appeals for the Eleventh Circuit | 2010 | Clerk, U.S. Court of Appeals Eleventh Circuit 56 Forsyth Street, N.W. Atlanta, GA 30303 |
| United States Court of Appeals for the Sixth Circuit | 1985 | Office of the Clerk United State Court of Appeals for the Sixth Circuit 100 East 5th Street Cincinnati, OH 45202 |
| United States District Court for the Northern District of Illinois | 1983 | Attorney Admissions U.S. District Court 219 S. Dearborn, Room 2050 Chicago, IL 60604 |

2. There are no disciplinary proceedings pending against me in any jurisdiction nor have I ever been the subject of any disciplinary proceeding.

3. I understand that if granted *pro hac vice* admission, I have an obligation to comply with all court and ethical rules governing the practice of law before this Court and that I am subject to the disciplinary rules of this Court.

4. I further agree to pay any and all fees to the Lawyers Fund for Client Protection and this Court as required by L. Civ. R. 101.1(c)(2) and (3).

5. In this matter, I will be associated with Kerri E. Chewning, Esquire, who is a member in good standing of the bar of this Court.  In the event this motion is granted, Ms. Chewning or a member of her firm, Archer & Greiner, P.C., will continue to participate in the litigation and all documents filed with this Court shall be endorsed and filed Ms. Chewning or a member of her firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2020.

_____
HOWARD S. SUSKIN

219766740v1