[Docket Nos. 11-16]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| STEPHEN LAWLESS, et al., individually and on behalf of all individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA CANNABIS INC., et al.,<br><br>Defendants. | Civil No. 20-13819 (RMB/SAK)<br><br>**ORDER** |

This matter comes before the Court on the Motions to Appoint Lead Plaintiff by Plaintiffs Marcel Benson and Ruth Benson (the "Bensons") [Docket No. 11]; Sean O'Connell [Docket No. 12]; Jeff Chang and Kelly Chang (the "Changs") [Docket No. 13]; Lazaris Tanos [Docket No. 14]; Lawrence Oberti [Docket No. 15]; and Anthony Weiland, Stephen H. Dunkleberger, and Piergiorgio Piga (the "Aurora Investor Group" or "Group" and, collectively, "Movants") [Docket No. 16]. For the reasons expressed in the Opinion of today's date, the Court will grant, in part, the Aurora Investor Group's Motion [Docket No. 16] and deny the rest.

**IT IS** on this **7th** day of **July 2021**, hereby:

**ORDERED** that the Aurora Investor Group's Motion [Docket No. 16] is **GRANTED** insofar as the Aurora Investor Group is **APPOINTED LEAD PLAINTIFF**; and it is further

**ORDERED** that the Court reserves judgment on the Aurora Investor Group's Motion [Docket No. 16] insofar as the Court will not yet appoint lead counsel; and it is further

**ORDERED** that the other Movants' Motions [Docket Nos. 11-15] are hereby **DENIED**; and it is further

**ORDERED** that the Aurora Investor Group shall file a supplemental brief, not to exceed ten (10) double-spaced pages, by no later than **July 31, 2021** addressing the concerns set forth in the Court's Opinion; and it is finally

**ORDERED** that the Aurora Investor Group's Motion [Docket No. 16] shall be **ADMINISTRATIVELY TERMINATED** pending the Group's supplemental briefing.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge
