IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------- x
STEPHEN LAWLESS, Individually :
and on Behalf of All Others Similarly :
Situated, :
  :
  :
         Plaintiff, :
  : 20-CV-13819 (RMB) (SAK)
        Vs. :
  :
AURORA CANNABIS INC., :
MICHAEL SINGER, and GLEN :
IBBOTT, :
  :
         Defendants.
---------------------------- x

## STIPULATION AND ORDER REGARDING SCHEDULING

Subject to the approval of the Court, Lead Plaintiffs Anthony Weiland, Stephen H. Dunkleberger, and Piergiorgio Piga (the "Aurora Investor Group" or "Lead Plaintiffs") and Defendants Aurora Cannabis, Inc., Michael Singer, and Glen Ibbott (collectively, "Defendants," and each a "Defendant"), through their undersigned attorneys, stipulate and agree as follows:

**WHEREAS**, Plaintiff Stephen Lawless commenced this putative securities class action on October 2, 2020 against Defendants;

**WHEREAS**, because this action asserts claims under the Securities Exchange Act of 1934, 15 U.S.C. §§ 78a *et seq.*, it is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and its procedures for the

appointment of lead plaintiff and approval of lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, on November 5, 2020, this Court entered a Stipulated Order (ECF No. 8) (the "Current Order") that stayed Defendants' time to answer, move against, or otherwise respond to any complaint in this action pending appointment of a lead plaintiff and lead counsel;

**WHEREAS**, on July 8, 2021, the Court appointed the Aurora Investment Group as Lead Plaintiffs (ECF Nos. 40–41);

**WHEREAS**, on August 27, 2021, the Court appointed Pomerantz LLP and The Rosen Law Firm, PA as co-lead counsel for the Lead Plaintiffs (ECF No. 43);

**WHEREAS**, pursuant to the Current Order, Lead Plaintiffs' Amended Class Action Complaint is currently due on October 26, 2021 (ECF No. 8 ¶ 5);

**WHEREAS**, Lead Plaintiffs and Defendants have conferred regarding the Current Order and, in light of conflicting schedules, have agreed to modify the deadlines, pending the Court's approval.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, subject to the Court's approval, as follows:

1. Lead Plaintiffs shall file an Amended Complaint on or before **November 2, 2021.**

2. Defendants' answer, motion to dismiss or other response to the Amended Complaint is due on or before **January 11, 2022.**

3. If Defendants move to dismiss the Amended Complaint, any opposition papers are due on or before **March 1, 2022**, and any reply papers are due on or before **April 1, 2022**.

DATED:    September 13, 2021

s/ *Austin P. Van*
Gustavo F. Bruckner
Jeremy A. Lieberman*
Austin P. Van
Terrence W. Scudieri, Jr.
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York  10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
gfbruckner@pomlaw.com
avan@pomlaw.com
tscudieri@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs & Additional Plaintiff Stephen Lawless*

s/ *Laurence M. Rosen* (with consent)
Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
609 West South Orange Avenue, Suite 2P
South Orange, New Jersey  07079
Telephone: (973) 313-1887
lrosen@rosenlegal.com

s/ *Andrew J. Lichtman* (with consent)
Andrew J. Lichtman
**JENNER & BLOCK LLP**
919 Third Avenue, 38th Floor
New York, New York  10022
Telephone: (212) 891-1600
alichtman@jenner.com

s/ *Kerri E. Chewning* (with consent)
Kerri E. Chewning
**ARCHER & GREINER, P.C.**
One Centennial Square
33 East Euclid Avenue
Haddonfield, New Jersey  08033
Telephone: (856) 616-2685
kchewning@archerlaw.com

*Counsel for Defendants*

Jacob A. Goldberg*
Gonen Haklay
**THE ROSEN LAW FIRM, P.A.**
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania  19046
Telephone: (215) 600-2817
jgoldberg@rosenlegal.com
ghaklay@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*

*Application for admission *pro hac vice* forthcoming

**IT IS SO ORDERED.**

Dated: 9/26/21

_____
RENÉE MARIE BUMB
United States District Judge

4